FILED
DEC 21 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Action No.: 10-326 (RMU) |
| NARSINH PATEL, : | |
| Defendant. : | |

## O R D E R

It is this 21st day of December 2010, hereby

**ORDERED** that the court concurs with Judge Facciola's Report and Recommendation and accepts the defendant's guilty plea.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge